# United States District Court
# Central District of California

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>REED SPORTSWEAR MANUFACTURING CO.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-0749-ODW(CWx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 38), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **by March 11, 2016**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

February 10, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**