Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
Jessica C. Covington (SBN 301816)
jcovington@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>REED SPORTSWEAR MANUFACTURING CO., a Michigan Corporation; and DOES 1-10, inclusive<br><br>Defendants. | CASE NO. CV 15-00749-ODW (CWx)<br><br>**ORDER [42]** |

The Court, having reviewed the joint status report regarding settlement finds that GOOD CAUSE IS HEREBY SHOWN to continue the OSC re Settlement.

**IT IS HEREBY ORDERED** that the OSC re Settlement is continued from **April 8, 2016** to **May 6, 2016.**

DATED:   April 11, 2016         By: _____
                                      Hon. Otis D. Wright II
                                      United States District Judge