# United States District Court
# Central District of California

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>REED SPORTSWEAR MANUFACTURING CO.; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-0749-ODW(CWx)<br><br>**SECOND ORDER TO SHOW CAUSE RE: SETTLEMENT** |

Parties initially signaled their intentions to settle this matter on February 10, 2016. (ECF No. 38.) The Court then issued its first Order to Show Cause, requesting that the parties either file a dismissal under Rule 41 or explain to the Court why settlement had yet to be finalized. (ECF No. 39.)

In response to that Order, parties have filed several Status Reports and the Court has granted numerous OSC extensions. (ECF Nos. 40–49.) However, it appears that the parties' efforts to reach a settlement have come to an impasse. (*See* ECF Nos. 48–49.) With delays due to counsel's personal matters and quibbles over the terms and conditions of settlement, as of June 17, 2016, parties could not reach a settlement. Yet nearly a month has passed without a word from either party—no dismissal, request for another OSC extension, or Motion to Enforce the Settlement.

Accordingly, the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **by August 1, 2016**, why settlement has not been finalized.  No hearing will be held.  All other dates and deadlines in this action are **VACATED** and taken off calendar.  The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

July 11, 2016

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**